IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SUSAN D. MARASCALO, as Executrix**                                  **PLAINTIFF**
**for the Estate of Elizabeth Ann Deloach**

**V.**                                                                                                         **NO. 4:18-CV-141-DMB-RP**

**ALLSTATE VEHICLE AND**
**PROPERTY INSURANCE COMPANY**                                     **DEFENDANT**

## ORDER

On April 23, 2020, Allstate filed a motion to dismiss this case with prejudice because "[t]he parties have reached an amicable compromise settlement of all claims pending in the case at bar." Doc. #87. According to Allstate, the motion is unopposed by the plaintiff. *Id.* at 1.

Based on the settlement, the motion to dismiss [87] is **GRANTED**. This case is **DISMISSED with prejudice**.

**SO ORDERED**, this 30th day of April, 2020.

                                                                /s/Debra M. Brown
                                                                **UNITED STATES DISTRICT JUDGE**