IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SUSAN D. MARASCALO, as Executrix**                                            **PLAINTIFF**
**for the Estate of Elizabeth Ann Deloach**

V.                                                                   **NO. 4:18-CV-141-DMB-RP**

**ALLSTATE VEHICLE AND**
**PROPERTY INSURANCE COMPANY**                                               **DEFENDANT**

## FINAL JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 30th day of April, 2020.

                                                                         **/s/Debra M. Brown**
                                                                         **UNITED STATES DISTRICT JUDGE**